UNITED STATES of America,
Appellee,

v.

Rodney J. LONG, Appellant.

No. 02–3363.

United States Court of Appeals,
Eighth Circuit.

Submitted April 4, 2003.

Decided April 15, 2003.

Before MELLOY, FAGG, and SMITH,
Circuit Judges.

PER CURIAM.

After Rodney J. Long pleaded guilty to a drug conspiracy, the district court * sentenced Long to sixty months imprisonment and five years supervised release. Long began supervised release in December 2000. In September 2002, the court revoked Long's supervised release and sentenced him above the Sentencing Guidelines Chapter 7 recommended range to twenty-four months imprisonment. Long appeals this sentence, arguing the district court did not make specific factual findings justifying its departure.

Long's revocation sentence was proper. The district court not only considered the policy statements, but made explicit findings about the sentence. The court acknowledged the recommended range of four-ten months; noted Long's original

---

* The Honorable Ortrie D. Smith, United States District Judge for the Western District of Mis-

sentence was the result of a downward departure, *see* U.S.S.G. § 7B1.4, comment. (n.4); and found Long had probably solicited others to testify falsely on his behalf at the revocation hearing.

We affirm the judgment of the district court.

A true copy.